Fill in this information to identify the case:

Debtor name: **1776 American Properties IV LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **17-30422**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1776 Investment Management Limited<br>89 Nexu Way, Cayman Bay<br>Grand Cayman KY1-9007<br>Cayman Islands | | | | | | $2,971.00 |
| Beyond IT<br>Unknown | | | | | | $0.00 |
| Blavesco Ltd.<br>PO Box 9993<br>The Woodlands, TX 77387 | | | Unliquidated<br>Disputed | | | $0.00 |
| David Mestemaker<br>Mestemaker, Straub & Zumwalt<br>3100 Timmons Lane, Suite 455<br>Houston, TX 77027 | | | | | | $0.00 |
| Heather Carlile<br>c/o Jared Caplan Bradley<br>600 Travis Street, Suite 4800<br>Houston, TX 77002 | | | Unliquidated<br>Disputed | | | $0.00 |
| Independence Construction and Finance In<br>#1 Coralvine Court<br>Spring, TX 77380 | | | | | | $11,589.00 |
| Michael D. Stein<br>Law Offices of Michael D. Stein<br>1811 Bering Drive, Suite 420<br>Houston, TX 77057 | | | Unliquidated<br>Disputed | | | $0.00 |