IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **1776 AMERICAN PROPERTIES IV LLC** | § | **CASE NO.:  17-30422** |
| **1776 AMERICAN PROPERTIES V LLC** | § | **CASE NO.:  17-30424** |
| **1776 AMERICAN PROPERTIES VI LLC** | § | **CASE NO.:  17-30425** |
| **1776 AMERICAN PROPERTIES VII LLC** | § | **CASE NO.:  17-30426** |
| **1776 AMERICAN PROPERTIES VIII LLC** | § | **CASE NO.:  17-30427** |
| **APRF SP1-1 LLC** | § | **CASE NO.:  17-30429** |
| **ARICA LANE LLC** | § | **CASE NO.:  17-30430** |
| **AUSTIN ROAD PARTNERS LLC** | § | **CASE NO.:  17-30432** |
| **HAZELWOOD BROWNSTONE LLC** | § | **CASE NO.:  17-30433** |
| **HAZELWOOD MANAGEMENT** | § | |
| **SERVICES LLC** | § | **CASE NO.:  17-30434** |
| **INDEPENDENCE CONSTRUCTION AND** | § | |
| **FINANCE INC.** | § | **CASE NO.:  17-30435** |
| **REIMS HOLDINGS LLC** | § | **CASE NO.:  17-30426** |
| **STAUNTON STREET PARTNERS LLC** | § | **CASE NO.:  17-30437** |
| | § | **Joint Administration Requested** |

## ORDER GRANTING JOINT ADMINISTRATION OF CASES

The Debtors' Motion for Joint Administration is granted.  It is hereby ORDERED that:

1.      The chapter 11 cases of 1776 American Properties IV LLC, 1776 American Properties V LLC, 1776 American Properties VI LLC, 1776 American Properties VII LLC, 1776 American Properties VIII LLC, APRF SP1-1 LLC, Arica Lane LLC, Austin Road Partners LLC, Hazelwood Brownstone LLC, Hazelwood Management Services LLC,  Independence Construction and Finance Inc., Reims Holdings LLC and Staunton Street Partners LLC (collectively "Debtors")  shall be jointly administered:

2.      The caption of the cases is modified to reflect the joint administration as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **1776 AMERICAN PROPERTIES IV** | § | **CASE NO.  17-30422** |
| **LLC, et. al.**[1] | § | |
| | § | **Jointly Administered** |
| | § | |

   3.  The Clerk of the Court is directed to enter a notation on the docket sheet of each

of the Debtors' cases in substantially the following form to reflect joint administration of the

cases:

An order has been entered in this case directing the joint administration of In re 1776 American
Properties IV LLC, (Case no. 17-30422) 1776 American Properties V LLC (Case no. 17-30424),
In re  1776 American Properties VI LLC (Case no. 17-30425), In re 1776 American Properties
VII LLC (Case no. 17-30426), In re 1776 American Properties VIII LLC (Case no. 17-30427), In
re APRF SP1-1 LLC (Case no. 17-30429), In re Arica Lane LLC (Case no. 17-30430), In re
Austin Road Partners LLC(Case no. 17-30432), In re Hazelwood Brownstone LLC (Case no. 17-
30433), In re Hazelwood Management Services LLC (Case no. 17-30434), In re Independence
Construction and Finance Inc. (Case no. 17-34035), In re Reims Holdings LLC (Case no. 17-
30436) In re Staunton Street Partners LLC (Case no. 17-30437) in accordance with Federal Rule
of Bankruptcy Procedure 1051(b).  The docket in case number 17-30422 should be consulted for
all matters affecting these cases.

   4.  The higher case numbers shall be transferred to Judge Karen Brown, who has the

lower numbered case.

---

[1] The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers, are 1776 American
Properties IV LLC (3677), 1776 American Properties V LLC (4327), 1776 American Properties VI LLC (8392), 1776
American Properties VII LLC (9340), 1776 American Properties VIII LLC (8277), APRF SP1-1 LLC (3543), Arica
Lane LLC (2643), Austin Road Partners LLC (2582), Hazelwood Brownstone LLC (0949), Hazelwood Management
Services LLC (1694), Independence Construction and Finance Inc. (8618), Reims Holdings LLC (8989) and Staunton
Street Partners LLC (2406).

5.    One docket shall be maintained for the Debtors' cases under case number 17-30422.

6.    All pleadings, orders and other papers filed shall be captioned with the style reflected above, and shall reflect that the cases are jointly administered under case number 17-30422.

7.    The U.S. Trustee is authorized to conduct joint meetings, including 341 meetings, with the Debtors.

8.    Each Debtor shall file separate schedules and statements of financial affairs in its respective case.

9.    Proofs of claim filed by a creditor of any Debtor shall reflect the style and case number of the Debtor to which the claim relates.

10.   The Clerk of the Court shall maintain separate claim registers for each Debtor.

11.   One or more disclosure statement and plan of reorganization may be filed for the twelve cases.

SIGNED:

_____
UNITED STATES BANKRUPTCY JUDGE

4828-2526-5216, v. 1