IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **1776 AMERICAN PROPERTIES IV** | § | CASE NO. 17-30422-H5 |
| **LLC, et. al.** [1] | § | |
| | § | Jointly Administered |
| | § | |
| | § | |

### GLOBAL NOTES, STATEMENTS OF LIMITATIONS, METHODOLGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

1. Erich Mundinger, the Chief Restructuring Officer ("CRO") for the above styled Debtors, files the Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs ("SOFA") with the following notes and disclaimers (the "Notes"), and such Notes are incorporated by reference and compromise an integral part of all the Debtors' Schedules and SOFAs. The Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and SOFAs.

2. The information provided herein, except as otherwise noted, represents the assets and liabilities of the Debtors as of January 27, 2017, based on the information available to the CRO. During his investigation of the Debtors' financial affairs, the CRO determined that Debtors' records may be incomplete and inaccurate in many regards as the Debtors financial information was largely maintained by Blavesco Ltd., which is an adverse third party. Although the CRO has made every effort to ensure that the Schedules and SOFA accurately portray the Debtors' financial condition, the CRO believes that there is a probability that material errors and/or omissions exist. Creditors are advised to act accordingly.

3. Schedule B may contain information regarding pre-petition rents that are in possession of a third party, which have not been turned over to the Debtors. The CRO has been unable to verify whether additional rents were collected or whether certain payments to creditors actually occurred. In addition, some of these amounts may reflect obligations of third parties or obligations incurred by third parties on behalf of the Debtors. Payments were historically paid under various arrangements with those third parties. The CRO is continuing his investigation of these amounts and is listing them in Schedule F out of an abundance of caution. The listing of a creditor or claim in Schedule F therefore is not an

---

[1] The Debtors in these cases, along with the last four digits of their respective taxpayer ID numbers, are 1776 American Properties IV LLC (3677), 1776 American Properties V LLC (4327), 1776 American Properties VI LLC (8392), 1776 American Properties VII LLC (9340), 1776 American Properties VIII LLC (8277), APRF SP1-1 LLC (3543), Arica Lane LLC (2643), Austin Road Partners LLC (2582), Hazelwood Brownstone LLC (0949), Hazelwood Management Services LLC (1694) Independence Construction and Finance Inc. (8618), Reims Holdings LLC (8989) and Staunton Street Partners LLC (2406).

admission or acknowledgement by the CRO of the validity or enforceability of any claim against the Debtor, and the CRO reserves the right to contest any claim listed on Schedule F. The SOFAs list certain payments to third parties. Payments made by Blavesco Ltd., on behalf of the Debtors have not been verified. Adjustments made by Blavesco Ltd., to the Debtors financial records after the bankruptcy cases were filed causes the CRO to believe that material omissions or errors may exist. Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to these Chapter 11 cases and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of Chapter 5 of the bankruptcy code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

4. Unless noted below or in the Schedules and Statement, all assets and liabilities should be deemed as belonging to, or asserted against, the entity in which case the Schedules and Statement are filed. Notwithstanding the potential for certain creditors to assert claims jointly against more than one bankruptcy estate, such creditors are entitled to a single payment on account of such claim. The ability to assert claims against multiple estates shall not entitle any creditor to multiple payments or recoveries on account of the same underlying obligation.

5. While reasonable efforts were made to file complete and accurate Schedules and Statement, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement their Schedules and Statement as is necessary and appropriate.

6. These Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles.

7. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. The Debtors do not have appraisals of their assets. The asset values presented in the Schedules are based upon the best information available at this time and may not be representative of fair market value. The actual amount realized on the sale of particular assets, or groups of assets, in a sale to third parties may differ significantly from the amounts presented herein. For this reason, the amount ultimately realized from assets may vary from book, tax or fair market value and such variance may be material. Exceptions to this include operating cash and certain other assets. Values for accounts receivable are shown as a gross amount as of the Petition Date, without reducing for the cost of collection, the likelihood the some accounts may be uncollectible, and the rights that such account debtors may have to net or offset claims against such accounts receivable.

8. The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of its Schedules and Statement as and to the extent necessary and appropriate.

9. The Debtors, despite their efforts, may not have set forth all of their causes of action against third parties as assets in its Schedules and Statement. The Debtors reserves their rights with respect to any causes of action they may have and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such causes of action.

10. By failing to designate a claim on the Schedules and Statement as "disputed," "contingent," and/or "unliquidated," the Debtors indicate no intentions for such claim to be allowed and paid pursuant to the proposed plan. The Debtors reserve the right to amend the Schedules or object to any scheduled claims if they discover reasons to dispute any claims. Moreover, these Schedules shall not be construed as an admission by the Debtors in the event that a creditor files a proof of claim. The Debtors expressly reserve the right to object to any filed claims.

11. To the extent a Debtor has tenants who occupy rental properties, the names and addresses of the tenants are not be listed on Schedule G to protect the privacy of the respective tenant. The omission of the lease description on Schedule G is not a waiver of the respective Debtors' obligations or rights under any particular lease.

12. Lastly, the property taxing authorities listed on Scheduled D as well as homeowner associations likely have secured claims on multiple assets but are listed by amount owed or singularly due to the impractical nature of listing each respective statutory or contractual lien holder for each property. Due to time constraints, the Debtors did not yet have the complete information necessary to link each secured creditor to the applicable property and the amount owed.  The Debtors reserve the right to object to, or otherwise seek a determination regarding the nature, extent, validity and priority of, any secured claim asserted by any taxing authority or home owners association.  Such creditors should file proofs of claims to protect their interests.


THE CRO DOES NOT ADOPT OR GUARANTY THE ACCURACY OF THE DEBTORS' SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS.

4831-7240-6595, v. 1

**Fill in this information to identify the case:**

Debtor name **1776 American Properties IV LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **17-30422**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 28, 2017**      X **/s/ Erich Mundinger**
                                                    Signature of individual signing on behalf of debtor

                                                    **Erich Mundinger**
                                                    Printed name

                                                    **VP and Chief Restructing Officer**
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **1776 American Properties IV LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **17-30422** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                   12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................   $   **1,066,040.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................   $   **284,849.74**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................   $   **1,350,889.74**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................   $   **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $   **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................   +$   **17,022.69**

4.   Total liabilities .............................................................................   $   **17,022.69**
    Lines 2 + 3a + 3b

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **1776 American Properties IV LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **17-30422**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's Interest

3.   Checking, savings, money market, or financial brokerage accounts *(Identify all)*
     Name of institution (bank or brokerage firm)      Type of account          Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits of account number | Current value |
| --- | --- | --- | --- | --- |
| 3.1. | Green Bank | Operating | 5982 | $89,537.88 |

4.   Other cash equivalents *(Identify all)*

5.   Total of Part 1.
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$89,537.88

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **1776 American Properties IV LLC**                     Case number *(If known)*  **17-30422**
_____
Name

---

**Part 5:**      **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**      **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**      **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**      **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**      **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **0 Waterford Way, Montgomery, Texas 77356** | Fee simple | $10,710.00 | Tax records | $10,710.00 |
| 55.2.  **10796 Bourbon Street, Willis, Texas 77318** | Fee simple | $328,250.00 | Tax records | $328,250.00 |
| 55.3.  **14635 Chevelle Lane, Willis, Texas 77378** | Fee simple | $31,820.00 | Tax records | $31,820.00 |

---

Debtor   __1776 American Properties IV LLC__          Case number *(If known)*  __17-30422__
      Name

| | | | | | |
|---|---|---|---|---|---|
| 55.4. | 14645 Chevelle Lane, Willis, Texas 77378 | Fee simple | $32,760.00 | Tax records | $32,760.00 |
| 55.5. | 1619 Topaz Trail, Willis, Texas 77378 | Fee simple | $31,500.00 | Tax records | $31,500.00 |
| 55.6. | 1710 Opal Trail, Willis, Texas 77318 | Fee simple | $31,500.00 | Tax records | $31,500.00 |
| 55.7. | 14713 Topaz Court, Willis, Texas 77318 | Fee simple | $44,420.00 | Tax records | $44,420.00 |
| 55.8. | 1734 Opal Trail, Willis, Texas 77378 | Fee simple | $33,080.00 | Tax records | $33,080.00 |
| 55.9. | 10815 Bourbon Street, Willis, Texas 77318 | Fee simple | $22,500.00 | Tax records | $22,500.00 |
| 55.10. | 10900 Bourbon Street, Willis, Texas 77318 | Fee simple | $54,000.00 | Tax records | $54,000.00 |
| 55.11. | 10913 Bourbon Street, Willis, Texas 77318 | Fee simple | $22,500.00 | Tax records | $22,500.00 |
| 55.12. | 10887 Dauphine Street, Willis, Texas 77318 | Fee simple | $54,000.00 | Tax records | $54,000.00 |
| 55.13. | 12566 St. Ann, Willis, Texas 77318 | Fee simple | $81,000.00 | Tax records | $81,000.00 |
| 55.14. | 12562 St. Ann, Willis, Texas 77318 | Fee simple | $81,000.00 | Tax records | $81,000.00 |
| 55.15. | 10912 Bourbon Street, Willis, Texas 77318 | Fee simple | $54,000.00 | Tax records | $54,000.00 |
| 55.16. | 10916 Bourbon Street, Willis, Texas 77318 | Fee simple | $54,000.00 | Tax records | $54,000.00 |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Debtor    **1776 American Properties IV LLC**                                   Case number (If known)  **17-30422**
          _____
          Name

| | | | | | |
|---|---|---|---|---|---|
| 55.17 | **10859 Bourbon Street, Willis, Texas 77318** | Fee simple | $22,500.00 | Tax records | $22,500.00 |
| 55.18 | **10895 Bourbon Street, Willis, Texas 77318** | Fee simple | $22,500.00 | Tax records | $22,500.00 |
| 55.19 | **10879 Decatur Street, Willis, Texas 77318** | Fee simple | $54,000.00 | Tax records | $54,000.00 |

56.    **Total of Part 9.**                                                                          $1,066,040.00

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

| 71. | **Notes receivable** | | | |
|---|---|---|---|---|
| | Description (include name of obligor) | | | |
| | **Second lien note secured by 352 Country Crossing, Magnolia Ridge. Obligor: Eagle Rock Custom Homes.** | 23,939.00 Total face amount | – 0.00 doubtful or uncollectible amount | = $23,939.00 |
| | **Second lien note secured by 102 Sunrise Way / 110 Shadow Springs, Magnolia Ridge.** | 23,939.00 Total face amount | – 0.00 doubtful or uncollectible amount | = $23,939.00 |
| | **Second lien note secured by 14702 Turquoise Trail, Emerald Lakes, Willis TX.  Partially impaired.** | 62,500.00 Total face amount | – 62,500.00 doubtful or uncollectible amount | = $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  __1776 American Properties IV LLC__  Case number *(if known)*  __17-30422__
Name

| | | |
|---|---|---|
| **Second lien note secured by 14614 Sterling Court, Emeral Lakes, Willis, TX.**<br>**Obligor: Eagle Rock Custom Homes.** | **60,000.00** -<br>Total face amount | **0.00** =<br>doubtful or uncollectible amount |
| | | $60,000.00 |
| **Second lien note secured by 1904 Boulder, Dominion Ridge, Conroe, TX.  Partially impaired.**<br>**Obligor: Landmark Legend, LLC.** | **80,000.00** -<br>Total face amount | **70,000.00** =<br>doubtful or uncollectible amount |
| | | $10,000.00 |
| **Second lien note secured by 1910 Boulder, Dominion Ridge, Conroe, TX.  Partially impaired.**<br>**Obligor: Landmark Legend LLC.** | **80,000.00** -<br>Total face amount | **70,000.00** =<br>doubtful or uncollectible amount |
| | | $10,000.00 |
| **Second lien note secured by 10887 Decatur, French Quarter, Willis, TX. Partially impaired.**<br>**Obligor:  Pinnacle Dream Homes** | **65,000.00** -<br>Total face amount | **65,000.00** =<br>doubtful or uncollectible amount |
| | | $0.00 |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    __Cause of action against Blavesco Ltd.__                                    Unknown
    Nature of claim
    Amount requested        **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **Profit sharing agreements with Eagle Rock Custom Homes related to ultimate sale of 1570 Ruby Drive, 14614 Sterling Court,102 Sunrise Way / 110 Shadow Springs and 352 Country Crossing.**                              $55,000.00

    **Pro-rata interest in $138,154.00 of funds deposited into state court registry.**                                        $12,433.86

78. **Total of Part 11.**                                                    | $195,311.86 |
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **1776 American Properties IV LLC**                    Case number *(If known)*  **17-30422**
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $89,537.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $1,066,040.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $195,311.86 | |
| 91. **Total.** Add lines 80 through 90 for each column | $284,849.74 | + 91b. $1,066,040.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,350,889.74 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **1776 American Properties IV LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **17-30422** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| **Part 1:** List Creditors Who Have Secured Claims | | |
|---|---|---|

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1** | **Montgomery County**

Creditor's Name

**c/o John Dillman,
Linnebarger
Linnebarger Goggan Blair
& Sampson
PO Box 3064
Houston, TX 77253**

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? |
|---|
| ☒ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

Describe debtor's property that is subject to a lien
**All real property in Montgomery County, TX.**

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim | Value of collateral |
|---|---|
| **Unknown** | **$10,710.00** |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$0.00**

| **Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1 | |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name      **1776 American Properties IV LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **17-30422**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**For notices purposes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**1776 Investment Management Limited**<br>**89 Nexu Way, Cayman Bay**<br>**Grand Cayman KY1-9007**<br>**Cayman Islands**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,971.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Beyond IT**<br>**1219 Durham Dr**<br>**Houston, TX 77007**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Expert fees in litigation.**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,462.69 |

| Debtor | **1776 American Properties IV LLC** | Case number (if known) | **17-30422** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Blavesco LLC.**
PO Box 9993
The Woodlands, TX 77387

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bouman Kraus LP**
2219 Sawdust Road
Suite 1604
Spring, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Legal fees.**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Mestemaker**
Mestemaker, Straub & Zumwalt
3100 Timmons Lane, Suite 455
Houston, TX 77027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Legal fees.**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Empire Industries, LLC**
5225 Katy Freeway #202
Houston, TX 77007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Heather Carlile**
c/o Jared Caplan
Bradley
600 Travis Street, Suite 4800
Houston, TX 77002

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,589.00** |
|---|---|---|---|

**Independence Construction and Finance In**
#1 Coralvine Court
Spring, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

Debtor    **1776 American Properties IV LLC**                              Case number (if known)    **17-30422**
_____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LKT Realty**
**9002 Chimney Rock Road**
**Ste. G388**
**Houston, TX 77096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael D. Stein**
**Law Offices of Michael D. Stein**
**1811 Bering Drive, Suite 420**
**Houston, TX 77057**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $      **17,022.69** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $      **17,022.69** |

Fill in this information to identify the case:

Debtor name __1776 American Properties IV LLC__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) __17-30422__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Any and all written or alleged oral agreements.  Rejected effective 1/27/2017 | |
|---|---|---|---|
| | State the term remaining | | Blavesco Ltd. |
| | List the contract number of any government contract | | PO Box 9993 |
| | | | The Woodlands, TX 77387 |

**Fill in this information to identify the case:**

Debtor name **1776 American Properties IV LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **17-30422**

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**　　　　　　　　　　　　　　　　　　　Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Co-defendants in litigation** | Pro-rata share. | **Beyond IT** | ☐ D _____ <br> ■ E/F **3.2** <br> ☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>1776 American Properties IV LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><strong>17-30422</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | $0.00 |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $1,118,959.88 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **Investment income** | $162,767.00 |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | Sale of property | $118,959.88 |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **1776 American Properties IV LLC**                                    Case number *(if known)* **17-30422**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Blavesco Ltd.**<br>**PO Box 9993**<br>**The Woodlands, TX 77387** | 11/01/16 | $14,816.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other **"Management Fees"**<br>**per Blavesco Statements** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Shareholder distribution.**<br>**See SOFA 30.**<br>**Equity holders** | 10/17/2016 | $275,000.00 | **Equity distribution.** |
| 4.2. | **Equity distribution**<br>**TX**<br>**Equity holders.** | 4/14/2016 | $80,000.00 | **Equity Distribution** |
| 4.3. | **Jeff Fisher**<br>**#1 Coralvine Court**<br>**Spring, TX 77380**<br>**Director of Manager** | 9/22/16 | $100,020.00 | **Repayment of shareholder loan.** |
| 4.4. | **1776 Investment Management Limited**<br><br>**Manager** | 12/05/16 | $8,912.00 | **Quarterly management fees.** |
| 4.5. | **1776 Investment Management Limited**<br><br>**Manager** | 9/22/16 | $77,361.00 | **Accrued management fees from 1st quarter 2015 through 3rd quarter 2016.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Blavesco Ltd.**<br>**PO Box 9993**<br>**The Woodlands, TX 77387** | Last 4 digits of account number: _____ | | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | 1776 American Properties IV LLC | Case number *(if known)* | 17-30422 |

---

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Heather Carlile, Individually**<br>**an Derivatively on Behalf of**<br>**Blavesco Ltd. v. Jeff Fisher,**<br>**et al.**<br>**2016-39514** | **Breach of**<br>**Fiduciary Duty &**<br>**Conspiracy /**<br>**Breach of**<br>**Contract.** | **Harris County, 11th Judicial**<br>**District**<br>**201 Caroline**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Blavesco Ltd.**<br>**PO Box 9993**<br>**The Woodlands, TX 77387** | | **Unknown** |
| | Case title | Court name and address |
| | Case number | |
| | Date of order or assignment | |

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   __1776 American Properties IV LLC__                                   Case number *(if known)*   __17-30422__

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | The debtors paid Andrews Myers a bankruptcy retainer in the amount of $50,604, of which $22,328. related to the Chapter 11 filing fees. | |
| | Andrews Myers PC 3900 Essex Lane, Suite 800 Houston, TX 77027 | | | $50,604.00 |

Email or website address
__andrewsmyers.com__

Who made the payment, if not debtor?
__Rybar Holdings__

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | See below | Debtor sells property as part of its ordinary course of business. Debtor sold 10 properties over last 12 months. | | $1,118,959.88 |
| | Relationship to debtor None. | | | |

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

Debtor    **1776 American Properties IV LLC**          Case number *(if known)*  **17-30422**

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **PO Box 9993** **Spring, TX 77380** | **From Date of Incorporation to 01/27/2017** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor  1776 American Properties IV LLC

Case number *(if known)*  17-30422

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

Debtor   **1776 American Properties IV LLC**                                      Case number *(if known)*  **17-30422**

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Blavesco Ltd.** **PO Box 9993** **The Woodlands, TX 77387** | **Holds financial information.** |
| 26a.2.   **Scott Hetherington** **Hong Kong** | **Prepared tax returns last 2 years.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Blavesco Ltd.** **PO Box 9993** **The Woodlands, TX 77387** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Blavesco Ltd.** **PO Box 9993** **The Woodlands, TX 77387** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeff Fisher** | **#1 Coralvine Court** **Spring, TX 77380** | **Director of Manager & member.** | **4.16** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Erich Mundinger** | **2365 Rice Boulevard #201** **Houston, TX 77005** | **Vice President and Chief Restructing Officer.** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    1776 American Properties IV LLC                                Case number *(if known)*   17-30422

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Hetherington | Hong Kong | Vice President of Finance for Manager.  Not officer of debtor. | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See List of Equity Holders | | 12 other individuals | 95.84% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☒ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Equity Holders (including, Jeff Fisher)** | $275,000 pari-passu | **10/17/2016** | **Distribution.** |
| | Relationship to debtor **Equity holders** | | | |
| 30.2 | **Equity Holders (including Jeff Fisher)** | 80,000 pari passu. | **4/14/2016** | **Distribution.** |
| | Relationship to debtor **Equity Holders** | | | |
| 30.3 | **Jeff Fisher #1 Coralvine Court Spring, TX 77380** | 100,020 | 9/22/16 | **Repayment of shareholder loan.** |
| | Relationship to debtor **Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☒ No
- ☐ Yes. Identify below.

**Name of the parent corporation**                                       **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

Debtor   **1776 American Properties IV LLC**                                Case number *(if known)*  **17-30422**

Name of the parent corporation

Employer Identification number of the parent corporation

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 28, 2017**

**/s/ Erich Mundinger**                                          **Erich Mundinger**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **VP and Chief Restructing Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

In re   **1776 American Properties IV LLC**                                    Case No.   **17-30422**
                                         Debtor(s)                   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ _____ |
   | Prior to the filing of this statement I have received | $ _____ |
   | Balance Due | $ _____ |

   ■ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $   **50,604.00** |
   | The undersigned shall bill against the retainer at an hourly rate of | $   **325.00** |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $__**1,717.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **Rybar Holdings LLC**

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **The debtors paid Andrews Myers a bankruptcyretainer in the amount of $50,604, of which $22,328 related to the Chapter 11 filing fees paid to the clerk of the court. Pre-petition Andrews Myers was paid $9,772.00 that was advanced through the retainer, leaving a balance of the retainer in the amount of $18,503.27.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **1776 American Properties IV LLC**                                    Case No.   **17-30422**
_____                                    _____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 28, 2017**                                        /s/ T. Josh Judd
_____        _____
_Date_                                                            **T. Josh Judd**
                                                                        _Signature of Attorney_
                                                                        **Andrews Myers, P.C.**
                                                                        **3900 Essex Lane, Suite 800**
                                                                        **Houston, TX 77027**
                                                                        **713-850-4200   Fax: 832-786-4877**
                                                                        **jjudd@andrewsmyers.com**
                                                                        _Name of law firm_

# United States Bankruptcy Court
## Southern District of Texas

In re   1776 American Properties IV LLC

Debtor(s)

Case No.   17-30422
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **1776 Investment Management Limited**<br>**Floor 4 Willow House Cricket Square**<br>**PO Boc 2804 Grand Cayman**<br>**Cayman Islands** | A | 0.04% | **Units** |
| **Andrew Meehan & Chiann Bao**<br>**Flat A G/F House 4**<br>**33 Consort Rise**<br>**Pokfulam, HONG KONG** | A | 4.16% | **Units** |
| **CG USA Blended Fund LLC**<br>**LG 34G Braga Circuit**<br>**Kadoorie Hill**<br>**KOWLOON, HONG KONG** | A | 14.58% | **Units** |
| **Eddie Pierre Guillemette**<br>**4A Greenviewe Garden**<br>**125 Robinson Road**<br>**Midlevels, HONG KONG** | A | 6.25% | **Units** |
| **Francois Lee**<br>**111 East 85th Street**<br>**Apt 14F**<br>**New York, NY 10028** | A | 8.33% | **Units** |
| **Jeff Fisher**<br>**#1 Coralvine Court**<br>**Spring, TX 77380** | A | 4.16% | **Units** |
| **Lane Family Trust**<br>**2813 Easton Drive**<br>**Hillsborough, CA 94010** | A | 12.49% | **Units** |
| **Michael Daniel Di Cicco**<br>**15 Thomson Green**<br>**Singapore 574891**<br>**REPUBLIC OF SINGAPORE** | A | 2.08% | **Units** |
| **Ponte d'Oro Ltd**<br>**c/o Patson Companies**<br>**235 Montgomery Street, Ste. 1202**<br>**San Francisco, CA 94104** | A | 29.15% | **Units** |
| **Scott R. Heatherington**<br>**8345 NC 66th Street #5261**<br>**Miami, FL 33166** | A | 4.16% | **Units** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:   **1776 American Properties IV LLC**                                        Case No.   **17-30422**
_____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tarek Ahmad Kutrieh**<br>**1630 Woods Drive**<br>**Los Angeles, CA 90069** | **A** | **2.08%** | **Units** |
| **Thomas Patrick Holland**<br>**Holofson Drive**<br>**Cataumet, MA 02534** | **A** | **4.16%** | **Units** |
| **Westland Promenade Investment, Inc.**<br>**4/F Acme Building**<br>**22 Nanking Street Yaumatei**<br>**Kowloon, HONG KONG** | **A** | **8.33%** | **Units** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **VP and Chief Restructing Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **February 28, 2017**                              Signature   **/s/ Erich Mundinger**
                                                                                      **Erich Mundinger**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.